United States District Court
Northern District of California

1

2

3

4                    UNITED STATES DISTRICT COURT

5                    NORTHERN DISTRICT OF CALIFORNIA

6

7    MANOUCHEHR SHALILEH,                    Case No.  4:24-cv-09247-KAW

              Plaintiff,

8                                            **JUDICIAL REFERRAL FOR THE**
         v.                                  **PURPOSES OF DETERMINING**
9                                            **RELATIONSHIP**

10   ROUNDPOINT MORTGAGE SERVICE,
     LLC,

11            Defendant.

12

13       Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the

14   Honorable Alex G. Tse for consideration of whether the case is related to *Shalileh v. RoundPoint*

15   *Mortgage Servicing, LLC*, 24-cv-09244-AGT.

16       **IT IS SO ORDERED.**

17   Dated: March 3, 2025

18                                           _____
                                             KANDIS A. WESTMORE
19                                           United States Magistrate Judge

20

21

22

23

24

25

26

27

28